UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD ELLIOTT LANE, SR,

    Plaintiff,

v.                                      Case No. 3:21cv903-MCR-HTC

THE CIRCUIT COUNTY COURT IN
THE FIRST JUDICIAL CIRCUIT
FOR OKALOOSA COUNTY FLORIDA,

    Defendant.
_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2021 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2) The complaint is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of September, 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**